IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-274-D

| | |
|---|---|
| PRICHARD ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOBBY R. ADKINS, ) | |
| ) | |
| Defendant. ) | |

Defendant filed a motion to dismiss pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 6]. Defendant also filed a motion to transfer the case to the United States District Court for the Middle District of North Carolina [D.E. 13]. Plaintiff filed a response in opposition.

The court has considered the motions under the governing standards. Each motion [D.E. 6, 13] is DENIED.

SO ORDERED. This 24 day of January 2011.

JAMES C. DEVER III
United States District Judge